# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CARLOS D. LINDSEY,**

        Plaintiff,

        -vs-                              **Case No. 16-CV-43**

**DR. STACEY HOEM,**

        Defendant.

## DECISION AND ORDER

The plaintiff filed a motion for summary judgment on June 17, 2016. (ECF No. 21.) On July 6, 2016, the plaintiff filed a motion for order directing defendant to respond to plaintiff's motion for summary judgment. (ECF No. 29.) On July 20, 2016, the defendant filed a motion for extension of time to August 2, 2016, to file a response to the plaintiff's motion for summary judgment. (ECF No. 34.) The defendant asserts that counsel's workload has made the extension necessary. In addition, the defendant intends to file a motion for summary judgment on or before the August 2, 2016, dispositive motion deadline. Under the circumstances, the Court will grant the defendant's motion for an extension of time until August 2, 2016, to respond to the plaintiff's summary judgment motion.

On August 2, 2016, the defendant filed a motion to dismiss as a sanction for the plaintiff's fabricated document and declaration. (ECF No. 35.) The defendant asserts that as part of his summary judgment submission on June 17, 2016, the plaintiff filed an unquestionably fabricated document and a false declaration with the Court in order to pursue his failure to protect a claim against defendant Hoem.

Along with her motion to dismiss, the defendant filed a motion to stay the Scheduling Order pending the outcome of the Court's decision on the defendant's motion for dismissal as a sanction. (ECF No. 39.) Upon due consideration, the Court will stay all deadlines in this case until the defendant's motion for dismissal is resolved.

Lastly, the plaintiff is advised that his response to the defendant's motion for dismissal is due on or before **August 24, 2016**.

### ORDER

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT** the plaintiff's motion for order directing defendant to respond to plaintiff's motion for summary judgment (ECF No. 29) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the defendant's motion for extension of time to **August 2, 2016,** to file response to plaintiff's motion for summary judgment (ECF No. 34), is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant's motion to stay the Scheduling Order pending the outcome of the Court's decision on defendant's motion for dismissal as a sanction (ECF No. 39) is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff's response to the defendant's motion to dismiss is due on or before **August 24, 2016**.

Dated at Green Bay, Wisconsin, this 4th day of August, 2016.

BY THE COURT:

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court - WIED